IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GYMFINITY, LTD.,

        Plaintiff,

v.                                                    Case No.: 11-cv-415

JEROD and JULIANNE PIMENTAL,

        Defendants.

## ENTRY OF DEFAULT

The Clerk of Court for the United States District Court for the Western District of Wisconsin having noted that the Defendants in the above-captioned matter, Jerod and Julianne Pimental, have failed to appear, plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the declaration of the attorney for the Plaintiff;

The Clerk hereby enters the default of Defendants Jerod and Julianne Pimental, pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this _15th_ day of August, 2011.

_____
PETER OPPENEER
Clerk of Court